UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JUN - 5 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANNY BEYSER,

Defendant.

Criminal No. 5:07CR23

Violation: 29 U.S.C. § 501(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

(Embezzlement of Union Funds)

From in or about June of 2002 to in or about June of 2005, at or near Moundsville, Marshall County, West Virginia, within the Northern District of West Virginia, defendant, **DANNY BEYSER,** did embezzle, steal, and unlawfully and willfully convert to his own use, or the use of another, moneys, funds, and other assets of a labor organization, to wit: UMWA, AFL-CIO Local Union 1638, of which he was an officer, to wit: Financial Secretary,

IN VIOLATION OF TITLE 29, UNITED STATES CODE SECTION 501(c).

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
SHARON L. POTTER
United States Attorney